**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THOMAS RALPH JACKSON,

Plaintiff,

v.

CRAIG JONES,

Defendant.
_______________________________/

Case No. 2:25-cv-12908

Hon. Brandy R. McMillion
United States District Judge

Hon. Kimberly G. Altman
United States Magistrate Judge

**ORDER ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF NO. 21) AND DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 15)**

Plaintiff Thomas Ralph Jackson ("Jackson" or "Plaintiff") filed this *pro se* prisoner civil rights case against Defendant Craig Jones ("Jones" or "Defendant"). *See generally* ECF No. 1. Jackson alleges that Jones violated his Eighth Amendment rights multiple times by shining a flashlight into Jackson's cell, causing eye damage. *Id.* All pretrial matters were referred to Magistrate Judge Kimberly G. Altman. *See* ECF No. 16.

On June 16, 2026, Jones moved for partial summary judgment arguing that Jackson failed to fully exhaust his administrative remedies prior to bringing this suit. *See generally* ECF No. 15. Jackson filed a response, but Jones never filed a reply. *See* ECF No. 18. On September 9, 2026, Magistrate Judge Altman issued a Report

and Recommendation ("R&R") recommending that the Court deny Defendant's Motion for Partial Summary Judgment. ECF No. 21. At the end of the R&R, the Magistrate Judge advised the parties that to seek review of her recommendation, the parties were required to file specific objections with the Court within 14 days of service of the R&R. *Id.* at PageID.200-201. That time has passed and neither party has filed objections to the R&R or contacted the Court to ask for more time to file objections.

The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also Ivey v. Wilson*, 832 F.2d 950, 957-58 (6th Cir. 1987) (explaining that a party's failure to timely object to a report and recommendation allows a court to accept the recommendation "without expressing any views on the merits of the magistrate's conclusions"). Similarly, failure to object to an R&R forfeits any further right to appeal. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (recognizing that a party forfeits their right to appeal by failing to timely file objections to an R&R).

Accordingly, because neither party objected to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of Defendant's Motion is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Partial Summary Judgment (ECF No. 15) is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 30, 2026
Detroit, Michigan

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge